# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| POLARIS INNOVATIONS LIMITED, | |
| Plaintiff, | |
| v. | **Case No. 5:16-cv-00451-XR** |
| DELL INC. and NVIDIA CORPORATION, | |
| Defendants**.** | |

## DEFENDANT DELL INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Dell Inc. ("Defendant") hereby moves for a thirty (30) day extension of time to answer Plaintiff Polaris Innovation Limited's ("Plaintiff") complaint.   The current deadline is August 15, 2016.   Defendant seeks an extension of time to Wednesday, September 14, 2016.

Counsel for Defendant has conferred with Counsel for Plaintiff, and Plaintiff is not opposed to the extension of time sought in this motion.

Dated: August 12, 2016

Respectfully submitted,

*/s/ Brady Cox*
Michael J. Newton (Texas Bar No. 24003844)
Brady Cox (Texas Bar No. 24074084)
ALSTON & BIRD LLP
2828 North Harwood St
Suite 1800
Dallas, TX 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
Email: mike.newton@alston.com
Email: brady.cox@alston.com

*Attorneys for Defendant Dell Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Brady Cox*
Brady Cox