UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

POLARIS INNOVATIONS LIMITED

vs.

DELL INC., NVIDIA CORPORATION

Case No.: 5:16-CV-00451

FILED

AUG 18 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Brianna Ford_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __DELL INC._____ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Alston & Bird LLP_____ with offices at:

   Mailing address: __1950 University Ave., 5th Floor_____

   City, State, Zip Code: __East Palo Alto, CA 94303-2282_____

   Telephone: __(650) 838-2000_____ Facsimile: __(650) 838-2001_____

2. Since __06/01/2015_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of __California_____.

   Applicant's bar license number is __30336_____.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | USDC - Northern District of California | 07/17/2015 |
   | USDC - Central District of California | 07/22/2015 |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, ____.

   Number: _____ on the ____ day of _____, ____.

   Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael J. Newton

Mailing address: 2828 N. Harwood Street

City, State, Zip Code: Dallas, TX 75201

Telephone: (214) 922-3400

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Brianna Ford to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brianna Ford
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 15 day of August, 2016.

Brianna Ford
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Please Choose Division

POLARIS INNOVATIONS LIMITED

vs.                                             Case No.: 5:16-CV-00451

DELL INC., NVIDIA CORPORATION

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Brianna Ford _____, counsel for DELL INC. _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Brianna Ford _____ may appear on behalf of DELL INC. _____ in the above case.

IT IS FURTHER ORDERED that Brianna Ford _____, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____

Please Choose Judge